| | |
|---|---|
| JAMES C. YOON (State Bar No. 177155)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA  94304-1050<br>Telephone: 650-493-9300<br>Facsimile: 650-493-6811<br>jyoon@wgsr.com<br><br>Attorneys for Plaintiff<br>**BARRACUDA NETWORKS, INC.** | JIMMY SHIN (State Bar No. 200161)<br>McDERMOTT, WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Telephone: 650-813-5000<br>Facsimile: 650-813-5100<br>jshin@mwe.com<br><br>Attorneys for Defendant<br>**TREND MICRO INCORPORATED** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **BARRACUDA NETWORKS, INC.**,<br>a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>**TREND MICRO INCORPORATED**,<br>a California corporation<br><br>Defendant. | CASE NO.:  **C07-01806-MHP**<br><br>**JOINT STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND THE TIME WITHIN<br>WHICH TO ANSWER PURSUANT TO<br>CIVIL LOCAL RULE 6-1** |

Pursuant to Northern District Local Rule 6-1, Plaintiff Barracuda Networks, Inc. ("BARRACUDA") and Defendant Trend Micro Incorporated ("TREND MICRO"), by and through their undersigned counsel, hereby stipulate to extend the time in which TREND MICRO may answer, plead, or otherwise respond to the complaint of BARRACUDA until Monday, May 21, 2007.

//

//

//

JOINT STIPULATION TO EXTEND THE TIME
WITHIN WHICH TO ANSWER PURSUANT TO
CIVIL LOCAL RULE 6-1

1     This joint stipulated request is made for good cause and not for purposes of delay.

2     IT IS SO STIPULATED.

3 Dated: April 18, 2007                                   Respectfully submitted,

| WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation | McDERMOTT, WILL & EMERY LLP |
|---|---|
| By: /s/ James C. Yoon | By: /s/ Jimmy Shin |
| JAMES C. YOON (State Bar No. 177155) | JIMMY SHIN (State Bar No. 200161) |
| Attorneys for Plaintiff<br>**BARRACUDA NETWORKS, INC.** | Attorneys for Defendant<br>**TREND MICRO INCORPORATED** |

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 4/23/2007

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Filer's Attestation: Pursuant to General Order No. 45, Section X, Rules I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jimmy Shin.

Dated: April 18, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

                                         By:  /s/ James C. Yoon
                                         _____

JOINT STIPULATION TO EXTEND THE TIME
WITHIN WHICH TO ANSWER PURSUANT TO            -3-
CIVIL LOCAL RULE 6-1