FILED
MAY - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRACUDA NETWORKS, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>TREND MICRO INCORPORATED, a California corporation<br><br>Defendant. | CASE NO.: C07-01806-MHP<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PAUL E. POIROT *PRO HAC VICE* |

Paul E. Poirot, an active member in good standing of the bar of the District of Columbia (#459844) whose business address and telephone number is McDermott Will & Emery LLP, 600 13th Street, N.W., 12th Floor, Washington, DC 20005, Tel. 202-756-8000, has applied in the above-entitled action for admission to practice in the Northern District of California on a *Pro Hac Vice* basis representing Trend Micro Incorporated.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *Pro Hac Vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/8/07

United States District/Magistrate Judge

MPK 125550-1.070797.0016

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY PAUL POIROT

CASE NO. C07-01806-MHP