*E-FILED - 6/12/07*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case is not related.

<u>C 04-01785 RMW</u>     Trend Micro Incorporated v. Fortinet, Inc.

<u>C 07-01806 MHP</u>     Barracuda Networks Inc v. Trend Micro Inc

<u>C 97-20438 RMW</u>     Trend Micro, Inc. V. McAfee Associates, et al

## ORDER

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Dated: <u>6/12/07</u>              *[signature: Ronald M Whyte]*

                                     **Judge Ronald M. Whyte**

CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: 6/12/07

By: *Jackie Lynn Garcia*
Deputy Clerk

Copies to:  Courtroom Deputies X
            Case Systems Administrators X
            Counsel of Record X
Entered into Assignment Program: _____(date)