1  JAMES C. YOON, State Bar No. 177155
   jyoon@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
   sshanberg@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   Attorneys for Plaintiff and Counterclaim Defendant
7  BARRACUDA NETWORKS, INC.

8  JIMMY SHIN, State Bar No. 200161
   jshin@mwe.com
9  McDERMOTT, WILL & EMERY, LLP
   3150 Porter Drive
10 Palo Alto, CA 94304-1212
   Telephone: (650) 813-5000
11 Facsimile: (650) 813-5100

12 MARK G. DAVIS (Pro Hac Vice)
   madavis@mwe.com
13 PAUL E. POIROT (Pro Hac Vice)
   ppoirot@mwe.com
14 McDERMOTT, WILL & EMERY, LLP
   600 13th Street, N.W. 12th Floor
15 Washington D.C. 20005-3096
   Telephone: (202) 756-8000
16 Facsimile: (202) 756-8087

17 Attorneys for Defendant and Counterclaim Plaintiff
   TREND MICRO, INC.
18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                        SAN FRANCISCO DIVISION

22

23 BARRACUDA NETWORKS, INC., a Delaware  )  CASE NO.: C07-01806-MHP
   corporation,                          )
24                                       )  **JOINT STIPULATION AND**
         Plaintiff and Counterclaim Defendant, )  **[PROPOSED] ORDER**
25                                       )  **CLARIFYING TIMING OF**
         v.                              )  **MEDIATION**
26                                       )
   TREND MICRO, INC., a California corporation, )
27 and DOES 1 through 10;                )
                                         )
28       Defendant and Counterclaim Plaintiff. )
                                         )
   ─────────────────────────────────────────
   JOINT STIPULATION AND [PROPOSED] ORDER              C:\NrPortbl\PALIB1\FB1\3224299_1.DOC
   CLARIFYING TIME OF MEDIATION,
   CASE NO. C07-01806-MHP

1    WHEREAS, on July 16, 2007, Plaintiff and Counterclaim Defendant Barracuda Networks, Inc. and Defendant and Counterclaim Plaintiff Trend Micro, Inc. (together the "Parties") filed their Joint Stipulation and Proposed Order Selecting ADR Process, which was entered by this Court on July 17, 2007 (the "ADR Order");

WHEREAS, the ADR Order compels the Parties to mediate the above captioned matter "45 days after the Court enters its claim construction order;"

WHEREAS, at the Case Management Conference on July 30, 2007, the Parties discussed settlement conference options and agreed to meet with Judge Laporte in October for a settlement conference;

WHEREAS, that same day, the Court issued a Minute Order referring the matter to Judge Laporte for a settlement conference "within the next 60-90 days" after the Case Management Conference, a period of time ending on October 29, 2007;

WHEREAS, the parties recently recognized this conflict between the ADR Order and the July 30, 2007 Minute Order regarding when the parties are expected to mediate this action;

WHEREAS, the Parties have continued to discuss settlement, but agree that settlement negotiations will be greatly advanced by this Court's claim construction order after the claim construction hearing scheduled for February 28, 2008;

WHEREAS, there have been no previous requests to modify the schedule in this case;

WHEREAS, this modification would have no impact on the remainder of the schedule in this case.

//
//
//
//
//
//
//
//

THE PARTIES, by and through their counsel, hereby request, stipulate, and agree that the following clarification be made to this Court's Minute Order:

| Minute Order | Proposed Change |
|---|---|
| Matter referred to Magistrate Judge Laporte for a settlement conference, to be completed within the next 60-90 days; | Matter referred to Magistrate Judge Laporte for a settlement conference, to be completed within 45 days of this Court's Claim Construction Order; |

Dated: October 26, 2007          WILSON SONSINI GOODRICH & ROSATI


By: /s/ Stefani E. Shanberg
    Stefani E. Shanberg

Attorneys for Plaintiff and Counter Defendant
BARRACUDA NETWORKS, INC.


Dated: October 26, 2007          MCDERMOTT WILL & EMERY


By: /s/ Paul E. Poirot
    Paul E. Poirot

Attorneys for Defendant and Counterclaim Plaintiff
TREND MICRO, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 10/30, 2007          _____
                            Hon. Marilyn Hall Patel
                            UNITED STATES



## ATTESTATION CLAUSE

I, Stefani E. Shanberg, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order. In compliance with General Order 45.X.B., I hereby attest that Paul E. Poirot of McDermott Will & Emery has concurred in this filing.

Dated: October 26, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/Stefani E. Shanberg
    Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim
Defendant BARRACUDA NETWORKS, INC.