| | |
|---|---|
| STEFANI E. SHANBERG, CA Bar No. 206717<br>  sshanberg@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:   (650) 565-5100<br><br>Attorneys for Plaintiff and Counterclaim<br>Defendant BARRACUDA NETWORKS, INC. | PAUL E. POIROT (*Pro Hac Vice*)<br>  ppoirot@mwe.com<br>McDERMOTT, WILL & EMERY, LLP<br>600 13th Street, N.W. 12th Floor<br>Washington D.C. 20005-3096<br>Telephone: (202) 756-8000<br>Facsimile: (202) 756-8087<br><br>Attorneys for Defendant and Counterclaim<br>Plaintiff<br>TREND MICRO INCORPORATED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRACUDA NETWORKS, INC., a Delaware corporation,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>TREND MICRO INCORPORATED, a California corporation, and DOES 1 through 10;<br><br>   Defendant and Counterclaim Plaintiff.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.:  C07-01806-MHP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

1  Trend Micro, Incorporated ("Trend Micro") and Barracuda Networks, Inc. ("Barracuda"),
2  by and through their undersigned counsel, hereby stipulate that all claims raised in the
3  Complaints and all counterclaims in the above-identified action shall be dismissed with prejudice
4  pursuant to Federal Rule of Civil Procedure 41(a)(1).

5  The Parties further stipulate that each party shall be responsible for its own fees and
6  costs.

7  Respectfully submitted,

8  Dated: October 17, 2008                                WILSON SONSINI GOODRICH & ROSATI

                                                          By: /s/ Stefani E. Shanberg
                                                                  Stefani E. Shanberg

                                                          Attorneys for Plaintiff and Counter Defendant
                                                          BARRACUDA NETWORKS, INC.

13 Dated: October 17, 2008                                McDERMOTT WILL & EMERY

                                                          By:   /s/ Paul E. Poirot
                                                                  Paul E. Poirot

                                                          Attorneys for Defendant and Counterclaim Plaintiff
                                                          TREND MICRO INCORPORATED

19 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

21 Dated: _____10/17_____, 2008     _____
                                     Hon. Marilyn Hall Patel
                                     UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIPULATION OF DISMISSAL WITH PREJUDICE          -1-                              3502251_1.DOC
AND [PROPOSED] ORDER
CASE NO. C07-01806-MHP

**ATTESTATION CLAUSE**

I, Stefani E. Shanberg, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order.  In compliance with General Order 45.X.B., I hereby attest that Paul E. Poirot of McDermott Will & Emery has concurred in this filing.

Dated:  October 17, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/ Stefani E. Shanberg
        Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim
Defendant BARRACUDA NETWORKS, INC.